UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| GEORGEA L. PRESSLEY, | Civil No. 3:17-CV-05825-JLR |
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

Defendant shall have up to and including March 2, 2018, to file a Response to Plaintiff's Complaint.

DATED this 6th day of Feb, 2017.

_____
UNITED STATES DISTRICT JUDGE

Page 1      ORDER - [3:17-CV-05825-JLR]

Presented by:

s/ Kathryn A. Miller for Franco Becia
KATHRYN A. MILLER
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2240
Fax: (206) 615-2531
kathryn.a.miller@ssa.gov